### 15725.  RINEHART *v.* THE STATE.

BROYLES, C. J.  The accused was convicted of being in an intoxicated condition upon a public highway.  The evidence failed to show that his intoxication "was then and there made manifest by boisterous and by indecent condition and acting," and by the use of vulgar, profane and unbecoming language, and loud and violent discourse," as charged in the indictment.  The verdict of guilty, therefore, was unauthorized and the court erred in refusing the grant of a new trial.

> *Judgment reversed.  Luke and Bloodworth, JJ., concur.*
>
> DECIDED AUGUST 8, 1924.

Accusation of drunkenness on highway; from city court of Summerville—Judge Rivers.  June 4, 1924.

The entire testimony of the only witness introduced by the State was as follows:  "I went to Berryton on the day of the hog sale and I saw the defendant, Taylor Rinehart, that day.  I did not know him then, but this defendant looks like the man I saw drunk that day.  He is the man.  There had been a car wreck about a half mile below Berryton.  He was carrying and taking on.  Two of the other boys in the car had a fight and one of them had gotten knocked down, and this defendant was crying and taking on over him.  I smelt liquor.  He had his shirt tail out."  Witnesses for the defendant testified that they were with him "on the day of the hog sale" and at the place where the car in which he had been riding was wrecked, and that he was not drinking and not under the influence of liquor.  It was testified that "he was not doing any-

thing except walking around with the crowd and talking as the others were."

*J. M. Bellah,* for plaintiff in error, cited: 13 *Ga. App.* 71; 25 *Ga. App.* 425.

*E. S. Taylor,* solicitor-general, contra.